

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Leeann Brutout, individually, and on behalf of all others similarly situated<br><br>**Plaintiff,**<br><br>V.<br><br>Map Communications, Inc., a Delaware corporation; Does 1 through 10, inclusive<br><br>**Defendant.** | **FILED**<br>5/25/2022<br>CLERK U.S. DISTRICT COURT<br>SOUTHERN DISTRICT OF CALIFORNIA<br>BY: T. Hernandez, Deputy<br><br>Civil No. 21-cv-1533-TWR-AGS |

**STRICKEN DOCUMENT:**

Amended Complaint

**Per Order #    17**

12