UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEEANN BRUTOUT, individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>MAP COMMUNICATIONS, INC., a Delaware corporation; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No.: 21-CV-1533 TWR (JLB)<br><br>**ORDER GRANTING JOINT MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT AND RESPONSE**<br><br>(ECF No. 27) |

Presently before the Court is the Parties' Joint Motion for Leave to File First Amended Complaint and Response (ECF No. 27, "Mot."). The Parties request that the Court allow Plaintiff Leeann Brutout to file a First Amended Complaint—in order to add a Private Attorneys General Act ("PAGA") claim—and give Defendant Map Communications, Inc. twenty-one days to file a response. (*Id*. at 2.) Plaintiff's Motion for Preliminary Approval of Class Action Settlement is currently pending before the Court, (*see* ECF No. 26), and that Motion includes settlement terms for a PAGA claim, (*see id*. at 2, 10–14, 26). Good cause appearing, the Court **GRANTS** the Joint Motion. Plaintiff shall file her First Amended Complaint, with an accompanying red-lined version (*see* Civil Standing Order § III.A.5), on or before March 27, 2023. Defendant **SHALL FILE** a

1  responsive pleading within twenty-one days of the date the First Amended Complaint is
2  filed.  The Parties' prior motion, filed before they reached a settlement, making the same
3  request is **DENIED** as moot, (*see* ECF No. 21).

4      **IT IS SO ORDERED.**

5  Dated:  March 20, 2023

                                               *[signature]*
                                               Honorable Todd W. Robinson
                                               United States District Judge